U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 2 1 2022

CLERK, U.S. DISTRICT COURT
By: _____
                    Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:22-MJ-867 |
| LANDON ALLEN PEACOCK (01)<br>KINSEY TAYLOR FORCE (02)<br>TRISTAN DESHON EARLY-WRIGHT (03) | |

## CRIMINAL COMPLAINT

I, Christian A. Abrahim, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Alleged Offense:**

Beginning on a date unknown but no later than in or around April 2022, and continuing until on or about October 20, 2022, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Landon Allen Peacock**, **Kinsey Taylor Force** and **Tristan Deshon Early-Wright**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), namely to distribute and possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N[1-(2-phenylethyl)-4piperidinyl] propanamide, commonly known as "Fentanyl," a schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B).

**Probable Cause:**

1.     I, Christian A. Abrahim, affiant, under oath, duly state that I am a Task Force Officer with the Drug Enforcement Administration (DEA) assigned to the DEA Task Force, Group 1, of the Fort Worth District Office (FWDO).   The statements set forth in this affidavit are from my personal observations, my training and experience, and from information obtained from other law enforcement officers and witnesses.

The facts presented are true and correct to the best of my knowledge and belief but are not inclusive of all the evidence or information in the case.

2.     On or about October 20, 2022, law enforcement with the Lake Worth Police Department (LWPD) executed state arrest warrants for **Kinsey Taylor Force** at **Landon Allen Peacock's** apartment located at 5730 Sandshell Circle East Apartment 33101, Fort Worth, Texas, for Burglary of a Habitation with Intent to Commit Other Felony.  Inside **Peacock** and **Force's** home, law enforcement found and seized more than 40 grams of a mixture and substance containing a detectable amount of fentanyl, various drug-trafficking paraphernalia, a firearm and suspected drug proceeds.

3.     On July 28, 2022, LWPD obtained state arrest warrants for **Force** for the burglary offense stemming from an incident that occurred in the city of Lake Worth. On October 20, 2022, LWPD executed this arrest warrant at a location **Force** was believed to be occupying with a boyfriend identified as **Landon Allen Peacock** at an apartment located on Sandshell Circle East in Fort Worth.  While executing the arrest warrant, LWPD announced their presence and ordered **Force** to come to the door to be placed under arrest.

4.     Investigators observed the apartment's entry door open and saw **Force** standing at the entry of the apartment.  Subsequently, Investigators entered the residence to arrest **Force**. While inside arresting **Force**, Investigators saw in plain view a large plastic baggie containing blue M-30 marked pills that – based on their training and experience – they recognized as counterfeit oxycodone pills containing fentanyl.

Criminal Complaint - Page 2

Investigators detained the other people within the home, vacated the residence to seek a state search warrant and contacted DEA TFO's and Agents from the Fort Worth District Office.

5.    Upon DEA's arrival on scene, TFO's and Agents spoke with **Peacock** who was identified as the primary occupant of the residence. **Peacock** requested to cooperate with Investigators and signed a DEA consent to search form for the apartment. While searching under consent, Investigators searched the residence and located suspected counterfeit oxycodone pills believed to contain fentanyl, additional controlled substances, and drug-trafficking paraphernalia such as small plastic bags and a loaded firearm. The suspected fentanyl laced pills were later field tested and yielded a positive test result for the presence of fentanyl.

6.    After searching the apartment, **Peacock**, **Force**, and an additional individual inside the home identified as **Tristan Deshon Early-Wright** were arrested for state drug trafficking offenses and transported to the Lake Worth Police Department for processing and potential custodial interviews.

7.    Investigators notified all arrested parties of their Miranda warning and consecutively all parties waived said rights and requested to speak with Investigators. While interviewing **Peacock**, he said he maintained the Sandshell Circle apartment by paying a monthly rent to a third-party individual. **Peacock** also said he has consistently purchased, and distributed fentanyl laced pills daily for the past 24 months. **Peacock** went on to specify that in the last 6 months until today's date, he and **Force** would typically distribute approximately 200 fentanyl laced pills daily for financial compensation.

Criminal Complaint - Page 3

**Peacock** further said he and **Force** distributed the fentanyl laced pills solely from the Sandshell apartment in the last 6 months and that the located firearm belonged to **Force**.

8.     **Peacock** was subsequently asked about a cellular device found in the apartment, which he claimed belonged to him. **Peacock** gave consent to search the device and in doing so allowed Investigators to review recent text message conversations. Investigators reviewed recent conversations within the device and observed apparent drug transactions from **Peacock** to potential buyers.

9.     Consecutively, Investigators interviewed **Force** about her role in the daily drug trafficking of fentanyl laced pills from the Sandshell apartment. **Force** said she has purchased, at a minimum, approximately 7,000 fentanyl laced pills and distributed the pills along with **Peacock** from the Sandshell apartment. **Force** also said the fentanyl laced pills found inside of the apartment were the remainder of a 1,000-pill purchase she made on October 19, 2022. **Force** also said she has consistently distributed fentanyl laced pills to **Early-Wright** in the amount of 30 pills daily. Investigators asked **Force** about the firearm found in the apartment, and **Force** said the firearm belonged to her.

10.     Investigators began to interview **Early-Wright** about his role in the daily-drug trafficking of fentanyl laced pills from the Sandshell apartment. **Early-Wright** said he has distributed approximately 300 fentanyl laced pills that he directly purchased from **Force** and **Peacock** at the Sandshell location.

Criminal Complaint - Page 4

**Early-Wright** also said he assisted **Peacock** and **Force's** drug distribution by transporting **Force** in his personal vehicle to and from a local fentanyl source of supply with the knowledge that **Force** would be purchasing large amounts of fentanyl laced pills.

11.     Thus, based on the above facts and circumstances, there is probable cause to believe that **Landon Allen Peacock**, **Kinsey Taylor Force** and **Tristan Deshon Early-Wright**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A), namely to distribute and possess with the intent to distribute at least 40 grams of fentanyl, a schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841 (a)(1) (b)(1)(A).


_____
Task Force Officer Christian A. Abrahim
Drug Enforcement Administration


Sworn and subscribed before me, this _21st_ day of October, 2022, at _10:33_ am, in Fort Worth, Texas.


_____
HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE


Criminal Complaint - Page 5